AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
NATHALIA GOMEZ-IRIZARRY

Defendant

Case No. 8:2020cr77 36TGW

**SEALED**   **FILED** 2020 FEB 25 PM 2:18

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NATHALIA GOMEZ-IRIZARRY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering; Honest Services Wire Fraud; Conspiracy to Commit Bank Fraud; Bank Fraud; Conspiracy to Commit Aggravated Identity Theft; Aggravated Identity Theft.

In violation of 18 U.S.C. §§ 1956, 1343, 1344, 1346, 1349, 1028A, 371, and 981-982.

Date: 2/19/20

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2-19-20, and the person was arrested on *(date)* 2-21-20
at *(city and state)* D/PR SAN JUAN.

Date: 2-21-20

Sign for FBI
*Arresting officer's signature*

MICHAEL CONNELL   DUSM
*Printed name and title*