## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                     CASE NO: 8:20-cr-77-T-36TGW

**NATHALIA GOMEZ-IRIZARRY**

_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 47), entered September 14, 2020, to which there has been no objection and the 14 day objection period has expired, the plea of guilty of Defendant Nathalia Gomez-Irizarry is now accepted and Defendant Gomez-Irizarry is adjudged guilty of Count One of the Indictment.

**Sentencing is scheduled for December 17, 2020 at 11:45 AM before the undersigned.**

**DONE and ORDERED** in Tampa, Florida this 2nd day of October 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services