UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE No. 8:20-cr-77-T-36TGW

JOSE ISMAEL IRIZARRY
NATHALIA GOMEZ-IRIZARRY

_____

ORDER

This CAUSE came on for consideration upon the Court's September 16, 2020 Order (Doc. S-53) directing that the defendants' plea agreements remain sealed for a period of 45 days. The 45-day period has now expired, and both the government and defense counsel indicate that they do not intend to request an extension of the sealing. Accordingly, the plea agreements should now be unsealed.

It is, therefore, upon consideration,

ORDERED:

That the Clerk is directed to **UNSEAL** the plea agreements of defendants Jose Ismael Irizarry (Doc. S-59) and Nathalia Gomez-Irizarry (Doc. S-58).

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 10th day of November, 2020.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE