UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CASE NO: 8:20-cr-77-T-36TGW

NATHALIA GOMEZ-IRIZARRY

## ORDER

The sentencing hearing in this case is currently scheduled for December 17, 2020, at 11:30 AM, in Courtroom 13A in the Sam M. Gibbons United States Courthouse. Due to the increase in positive COVID-19 cases in the Tampa Bay area, the Court intends to conduct the sentencing hearing via zoom videoconference or, alternatively, continue it to a later date in JANUARY 2021 or FEBRUARY 2021 for an in-person hearing, if Defendant objects to a videoconference hearing.

On March 29, 2020, Judge Steven Merryday, Chief District Judge for the Middle District of Florida, entered an Administrative Order regarding the National Emergency Declared on March 13, 2020, in Case No. 8:20-mc-25 (the "Administrative Order"), which allows district judges to use video or telephone conferencing to conduct certain enumerated proceedings. The Administrative Order provides in pertinent part:

> During this national emergency, . . . a felony sentencing under Rule 32, Federal Rules of Criminal Procedure, cannot occur in person and in court without serious jeopardy to public health and safety. As a result, if a judge finds for a stated reason in a particular case that delay of a felony . . . sentencing will result in serious harm to the

> interests of justice, the judge with the consent of the defendant . . . after [he or she] consults with counsel can conduct the . . . sentencing by video conference or by telephonic conference, if video conferencing is not reasonably available.

(Administrative Order, at 2-3).

Accordingly, the parties are directed to file a joint notice with the Court by **December 1, 2020**. The joint notice should address: (1) whether the Defendant, after consulting with his or her counsel, wishes to continue the sentencing hearing to a later date or wishes to conduct the sentencing hearing by video conference - Zoom, (2) whether the Government consents to the requested relief, and (3) if the Defendant does not wish to continue the sentencing hearing, why such a continuance would result in serious harm to the interests of justice.

**DONE and ORDERED** in Tampa, Florida this 24th day of November 2020.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services

2