UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

      vs.                      CASE NO: 8:20-CR-00077-CEH-TGW

**NATHALIA GOMEZ-IRIZARRY**

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

COMES NOW the Defendant, NATHALIA GOMEZ-IRIZARRY, by and through her Counsel, and hereby files this Motion to Travel and as grounds for this Motion states as follows:

1. On December 17, 2020, the Defendant was sentenced in Tampa, Florida, to five years of Probation.[ECF No. 78, 79]
2. She has served her time thus far without violation.
3. The Defendant's husband and co-defendant, Jose Ismael Irizarry, is currently scheduled for his in-person sentencing in Tampa, Florida, on June 3, 2021.
4. The Defendant would like to travel from Puerto Rico, where she is currently located and serving her term of probation, to Tampa, Florida, to be present for her husband's sentencing.
5. As part of the terms of her probation, the Defendant is banned from travel for the first six month of her term; this ban ends on June 15, 2021, twelve days after the Defendant's husband's sentencing.
6. The Defendant submitted a travel request to her probation officer, who denied it without explanation.
7. Undersigned Counsel has consulted with AUSA Joseph Palazzo, and he has no objection to this motion.
8. If the Defendant is permitted to travel for the limited purpose of attending her

husband's sentencing, she would like to travel on June 2, 202, and return to Puerto Rico on June 4, 2021. During her time in Florida, she will stay at hotel within half a mile of the courthouse.

9. Were the Court to grant Defendant's request, the Defendant is willing to extend her travel ban period by twelve days, upon her return from Tampa, Florida.

WHEREFORE, the Defendant prays that this Honorable Court will permit the Defendant to travel from Puerto Rico to Tampa for her husband's sentencing hearing on June 3, 2021.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
rc@attorneyrebeccacastaneda.com
The Castaneda Law Firm PLLC
506 North Armenia Avenue
Tampa, Florida 33609-1703
813.750.7080

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on May 26, 2021 with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**AUSA Joseph Palazzo**

By: /s/ *Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
rc@attorneyrebeccacastaneda.com
The Castaneda Law Firm PLLC
506 North Armenia Avenue
Tampa, Florida 33609-1703
813.750.7080