**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **JOSE ISMAEL IRIZARRY,**  Defendant. | **CASE NO.  8:20-CR-77-CEH** |

**CONSENT MOTION REQUESTING CONTINUANCE OF**
**SCHEDULED STATUS CONFEFRENCE**

**TO THE HONORABLE COURT:**

COMES NOW the defendant, Jose Ismael Irizarry, through the undersigned counsel, and files this motion requesting that the Status Conference currently set for July 21, 2021(D.E. 111), be rescheduled for a date on or after August 20, 2021.  In support of this request the defendant respectfully states as follows:

1. The defendant recently retained Attorneys Maria A. Dominguez and Carlos A. Perez-Irizarry to join his legal team in the above-entitled case.

2. During the recent sentencing hearing of June 23, 2021, certain legal controversies emerged. The Honorable Court continued the Sentencing Hearing *sua sponte*.  (D.E. 106)

3. The Court set the matter for a telephonic Status Conference on July 21, 2021 at 11:00 a.m. (D.E. 111)

4. The defendant and the government have recently been engaged in meaningful discussions regarding the case to address certain matters that are in controversy.

5. The parties respectfully request that the Court grant a 30-day continuance of the Status Conference set for July 21, 2021, in order to allow the government and the defendant's legal team to continue to discuss relevant legal issues, which are intended to simplify the defendant's sentencing hearing.

6. The government has no objection to the requested continuance.

WHEREFORE, the defendant respectfully requests that the Honorable Court grant the requested 30-day continuance for the scheduled Status Conference in this case.

RESPECTFULLY SUBMITTED, in Tampa, Florida this 19th day of July 2021.

**DMRA Law LLC**
**Counsel for Defendant**
Sabadell Financial Center
1111 Brickell Avenue
Suite 1550
Miami, Florida 33131
Tel. 305-548-8666

*s/Maria A. Dominguez*
Maria A. Dominguez
Florida Bar No. 0510221
maria.dominguez@dmralaw.com

Carlos A. Perez-Irizarry, P.A. 37
N. Orange Avenue, Suite 500
Orlando, FL 32801
Tel. (407) 210-2400

s/*Carlos A. Perez-Irizarry*
Carlos A. Perez-Irizarry
Florida Bar No. 861251
Carlos@capilawpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record.

*s/Maria A. Dominguez*