# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.          CASE NO: 8:20-CR-00077-CEH-TGW

**NATHALIA GOMEZ-IRIZARRY**

_____/

## UNOPPOSED MOTION TO RETURN THE DEFENDANT'S PASSPORT IN THE CUSTODY OF THE CLERK OF THE COURT AND ORDER

COMES NOW the Defendant, NATHALIA GOMEZ-IRIZARRY, by and through her Counsel, and hereby files this Motion to Return the Defendant's Passport in the Custody of the Clerk of the Court and Order and as grounds for this Motion states as follows:

1. On December 17, 2020, the Defendant was sentenced in Tampa, Florida, to five years of Probation [ECF No. 78, 79].
2. The Defendant has served her time thus far without violation.
3. As part of the terms of the Defendant's probation, she is banned from traveling for the first six month of her term; this ban ended on June 15, 2021.
4. The Defendant made all of her appearances in Court and now that she has been sentenced. The Defendant requests that this Honorable Court orders the Clerk of Court to return her passport.
5. Undersigned Counsel has consulted with AUSA Joseph Palazzo, and he has no objection to this motion.

WHEREFORE, the Defendant prays that this Honorable Court will order the Clerk of Court to return her passport.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
rc@attorneyrebeccacastaneda.com
The Castaneda Law Firm PLLC
506 North Armenia Avenue
Tampa, Florida 33609-1703
813.750.7080

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on October 4, 2021, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**AUSA Joseph Palazzo**

By: */s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
rc@attorneyrebeccacastaneda.com
The Castaneda Law Firm PLLC
506 North Armenia Avenue
Tampa, Florida 33609-1703
813.750.7080