| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 113A 8:20CR00077 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 3:22-cr-00081-SCC |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Nathalia Gomez-Irizarry<br>611 Camino de Carraizo Street<br>Urb. Sabanera<br>Dorado, Puerto Rico 00646 | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE<br>The Honorable Charlene Edwards Honeywell | |
| | DATES OF PROBATION: FROM 12/17/2020 | TO 12/16/2025 |

**OFFENSE**

MONEY LAUNDERING - LAUNDERING OF MONETARY INSTRUMENTS 18:1956-7477.F

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Florida_

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the _District of Puerto Rico_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Feb. 25, 2022          *Charlene Edwards Honeywell*
*Date*                                   *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF _Puerto Rico_

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

3/1/2022          *[signature]*
*Effective Date*                            *United States District Judge*