## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

   **vs.**      **CASE NO: 8:20-CR-00077-CEH-TGW**

**NATHALIA GOMEZ-IRIZARRY**

_____/

### AMENDED UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the Defendant, NATHALIA GOMEZ-IRIZARRY, by and through her Counsel, and hereby files this Motion to Withdraw as Counsel and as grounds for this Motion states as follows:

1. The Defendant was sentenced on December 17, 2020, to five years of probation [ECF Nos. 78, 79].

2. There are no pending motions in the case.

3. The Defendant wishes to represent herself *pro se* and has requested that Counsel withdraw from the case.

4. If necessary, this Honorable Court could forward all future correspondence directly to Ms. Gomez-Irrizary at 611 Camino de Carraizo, Dorado, PR 00646. Phone No. 954-952-3155.

WHEREFORE, the Defendant prays that this Honorable Court will enter an order allowing Attorney Rebecca Castaneda to withdraw as Counsel of record and

respectfully requests that this Honorable Court forward all future correspondence to Ms. Gomez-Irrizary.

Respectfully submitted,

/s/ Rebecca L. Castaneda
Rebecca L. Castaneda
Florida Bar No. 1007926
rc@attorneyrebeccacastaneda.com
The Castaneda Law Firm PLLC
506 North Armenia Avenue
Tampa, Florida 33609-1703
813.750.7080

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on April 12, 2022, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**AUSA Joseph Palazzo**

By:    /s/ Rebecca L. Castaneda
Rebecca L. Castaneda
Florida Bar No. 1007926
rc@attorneyrebeccacastaneda.com

The Castaneda Law Firm PLLC
506 North Armenia Avenue
Tampa, Florida 33609-1703
813.750.7080